UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Hetty Cruz Morris v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11355-DRH |
| *Camellia Stapley, et al. v. Bayer Corporation, et al.* | No. 10-cv-20068-DRH |
| *Noreen Webster, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12209-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 12, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
          **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.06.15 11:29:20 -05'00'

APPROVED:
          DISTRICT JUDGE
          U. S. DISTRICT COURT